IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 21-395 |
| v. | : | |
| | : | |
| ROBERT SMITH | : | |

**ORDER**

**AND NOW,** this **3rd** day of **February, 2023,** upon consideration of Defendant's Motion for Directed Verdict (ECF No. 66), Defendant's Motion for Acquittal, or in the Alternative, for a New Trial (ECF No. 83), and the Government's Response in Opposition (ECF No. 86), it is hereby **ORDERED** that the Defendant's Motions (ECF Nos. 66, 83) are **DENIED.**

It is **FURTHER ORDERED** that Defendant's Sentencing Hearing shall be held on **May 9, 2023,** at **10:00 AM,** in Courtroom 15A, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

A new Notice of sentencing shall issue.

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**

1